UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIM SOSEBEE, ET AL | * | CIVIL ACTION NO. 09-cv-4138 |
| | * | |
| | * | SECTION "L", MAGISTRATE 3 |
| VERSUS | * | |
| | * | JUDGE ELDON E. FALLON |
| STEADFAST INSURANCE | * | |
| COMPANY, ET AL | * | MAGISTRATE DANIEL E. KNOWLES |

************************************************************************

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

CONSIDERING the Motions for Summary Judgment Regarding the 2006 and 2008 Energy Package Policies filed on behalf of Defendants Certain Underwriters at Lloyd's and Zurich American Insurance Company in the above entitled cause, as well as the law, the evidence and the undisputed facts:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Defendants' Motions for Summary Judgment (Rec. Docs. 155, 156, 162, 163) be and are hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Plaintiffs Tim Sosebee, Mark Writesman and Dale Patillo's claims against Defendants NEIL MAIDMENT, INDIVIDUALLY AND AS NOMINEE FOR AND ON BEHALF OF CERTAIN UNDERWRITERS AT LLOYDS, LONDON, ALL OF WHICH SEVERALLY SUBSCRIBED TO ENERGY PACKAGE POLICY NO. B11252006Q2N1011 ("the 2006 Policy"), and AS NOMINEE FOR AND ON BEHALF OF CERTAIN UNDERWRITERS AT LLOYDS, LONDON, ALL OF WHICH SEVERALLY SUBSCRIBED TO THE ENERGY PACKAGE POLICY NO. B11252008Q2N1073 ("the 2008 Policy") and Zurich American Insurance Company are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, following express determination and consideration of the law, undisputed facts and evidence, there is no just reason for delay of any appeal and the entry of a Rule 54(b) final judgment of dismissal with prejudice in favor of Defendants, Certain Underwriters at Lloyd's and Zurich American Insurance Company, on Defendants' Motions for Summary Judgment (Rec. Docs. 155, 156, 162, 163) is hereby directed.

THUS DONE AND SIGNED at New Orleans, Louisiana on this 17th day of June, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA